UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JERRIANNE BALDWIN,       )
                               )
       Plaintiff,          )
                               )
       v.                )        2:11-cv-00184-JAW
                               )
TRAFFIC CONTROL LLC, et al.,   )
                               )
       Defendants.      )

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 12, 2011 her Recommended Decision. Defendant Nelson Foley, Jr. filed his objections to the Recommended Decision on July 26, 2011 and July 27, 2011 and the Plaintiff filed her response to those objections on August 3, 2011. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further <u>ORDERED</u> that Defendant Nelson Foley, Jr.'s Motion to Dismiss (Docket # 4) be and hereby is <u>DENIED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2011